1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   IN RE:  STEVEN WAYNE BONILLA       No. 2:23-cv-01696-TLN-KJN

12                                      No. 2:23-cv-01697-TLN-KJN

13                                      No. 2:23-cv-01698-TLN-KJN

14                                      No. 2:23-cv-01702-TLN-KJN

15                                      No. 2:23-cv-01703-TLN-KJN

16                                      No. 2:23-cv-01709-TLN-KJN

17                                      No. 2:23-cv-01710-TLN-KJN

18                                      No. 2:23-cv-01743-TLN-KJN

19                                      No. 2:23-cv-01746-TLN-KJN

20                                      No. 2:23-cv-01774-TLN-KJN

21                                      **ORDER**

22

23

24        Plaintiff is a state prisoner, proceeding without counsel, in these civil actions.  On

25   November 29, 2018, Plaintiff was declared a vexatious litigant in Case No. 2:18-cv-2544-TLN-

26   KJN.  On June 14, 2023, the undersigned issued an amended vexatious litigant order in Case No.

27   2:18-cv-2544-TLN-KJN.  Pursuant to the amended vexatious litigant order, all new cases filed by

28   Plaintiff related to his Alameda County conviction will be dismissed and closed.

1

Pursuant to the amended vexatious litigant order, the undersigned reviewed the complaints/petitions filed in the cases listed in the caption above.  The Court finds  the complaints/petitions filed in the cases listed in the caption above are related to Plaintiff's Alameda County conviction.[1]

Accordingly, IT IS HEREBY ORDERED that 2:23-cv-01696, 2:23-cv-01697, 2:23-cv-01698, 2:23-cv-01702, 2:23-cv-01703, 2:23-cv-01709, 2:23-cv-01710, 2:23-cv-01743, 2:23-cv-01746 and 2:23-cv-01774 are DISMISSED; the Clerk of the Court is directed to close these cases; no further filings will be accepted in any of the above referenced cases.

Date:  September 11, 2023

Troy L. Nunley
United States District Judge

---

[1]     In the caption of 2:23-cv-01746, plaintiff names the United States District Court for the Northern District of California.  To the extent plaintiff intended to raise the claims made in 2:23-cv-01746 in the United States District Court for the Eastern District of California, this Court finds that the claims raised in 2:23-cv-01746 are related to Plaintiff's Alameda County conviction.

2